NOT FOR PUBLICATION

RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MAR 0 8 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

JOSEPH DOUEK,

    Plaintiff,

v.

BANK OF AMERICA CORPORATION,

    Defendant.

Civ. No. 17-2313

ORDER

THOMPSON, U.S.D.J.

    IT APPEARING that on October 30, 2017, this Court dismissed Plaintiff's Amended Complaint (ECF No. 12), but granted Plaintiff leave to file a second amended complaint within 20 days (*see* ECF Nos. 14, 15); and it further

    APPEARING that Plaintiff never filed a second amended complaint, and nothing has been filed on the docket in this case for more than 120 days,

    IT IS on this 8th day of March, 2018,

    ORDERED that this civil action is closed, without prejudice and without costs.

                                              ANNE E. THOMPSON, U.S.D.J.